**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

| | |
|---|---|
| JOSEPH B. MURPHY, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 5:15-cv-00574-JSM-PRL** |
| ) | |
| CREDIT PROTECTION ) | |
| ASSOCIATION, L.P., a Texas limited ) | |
| partnership ) | |

NOTICE OF SETTLEMENT

Plaintiff, JOSEPH B. MURPHY, through the undersigned hereby notifies this Court that a settlement has been reached between the parties, pending final execution of settlement documents and releases.

Respectfully submitted,

Dated: March 22, 2016

*s/* Scott D. Owens
Scott D. Owens, Esq.
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL
Phone 954-589-0588
Fax    954-337-0666
scott@scottdowens.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 22, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties below, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                                              By: _s/ Scott D. Owens_
                                                     Scott D. Owens, Esq.